IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

IN RE: IN THE MATTER OF:

CASHIERS CHECK NO. 374732 FROM NORTHWEST BANK IN THE AMOUNT OF $51,557.86,

CASHIERS CHECK NO. 374730 FROM NORTHWEST BANK IN THE AMOUNT OF $1,200.00, and

CASHIERS CHECK NO. 374731 FROM NORTHWEST BANK IN THE AMOUNT OF $3,362,

      Defendants.

20-MC-55-JLS

_____

## FOURTH STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon by and between the United States of America by its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Grace M. Carducci, Assistant United States Attorney, of counsel, and Justin D. Ginter, Esq., attorney for Carl Anthony, pursuant to Title 18, United States Code, Section 983(a)(3)(A), that the government's time to file its Verified Complaint for Forfeiture be extended from June 9, 2021 to September 9, 2021.

The parties to this Stipulation further agree that Carl Anthony may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the above-named property, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint

for Forfeiture.

JAMES P. KENNEDY, JR.
United States Attorney

Dated: May 24, 2021       BY:   s/GRACE M. CARDUCCI
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                500 Federal Building
                                100 State Street
                                Rochester, New York 14614
                                585-399-3954
                                grace.carducci@usdoj.gov


Dated: May 24, 2021             s/JUSTIN D. GINTER, ESQ.
                                42 Delaware Avenue, Suite 120
                                Buffalo, NY   14202
                                716-849-1333
                                jginter@lglaw.com
                                Attorney for Carl Anthony